**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JAIME LOPEZ-HERNANDEZ, | No. 05-76882 |
| Petitioner, | |
| v. | Agency No. A072-880-847 |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 25, 2010[**]

Before:    CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

Jaime Lopez-Hernandez, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' order summarily affirming an immigration

judge's decision finding him removable for participating in alien smuggling. We

dismiss the petition for review.

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

We lack jurisdiction to review Lopez-Hernandez's unexhausted contentions regarding his prior counsel's alleged ineffective assistance, his entitlement to warning pursuant to *Miranda v. Arizona*, 384 U.S. 436 (1966), and his right to counsel. *See Barron v. Ashcroft,* 358 F.3d 674, 678 (9th Cir. 2004) (no jurisdiction over legal claims not presented in administrative proceedings below).

**PETITION FOR REVIEW DISMISSED.**